**Warren M. EVANS, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Nov. 15, 2004.

Reconsideration Denied Jan. 25, 2005.

## ORDER

PER CURIAM.

AND NOW, this 15th day of November, 2004, the above captioned appeal is quashed for failure to file a brief.